## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

UNITED STATES OF AMERICA

vs.                              NO. 4:01CR00125-006 SWW

FRANK FORD MALLETT, JR.

### ORDER

The above entitled cause came on for hearing on petitions to revoke the supervised release previously granted this defendant in the United States District Court for the Eastern District of Arkansas. Upon the basis of the admissions of defendant, the Court found that defendant has violated the conditions of his supervised release without just cause.

IT IS THEREFORE ORDERED AND ADJUDGED that the government's motions are granted,[1] and the supervised release previously granted this defendant in the above matter be, and it hereby is, revoked.

IT IS FURTHER ORDERED that defendant shall serve a term of imprisonment of TEN (10) MONTHS in the custody of the Bureau of Prisons. The Court recommends that defendant be incarcerated in the facility located in Beaumont, Texas, if he will be in the "low" section. Otherwise, the Court recommends incarceration in Memphis, Tennessee.

Upon release from imprisonment, defendant shall serve a term of FIVE (5) YEARS of supervised release, less the term of imprisonment, which shall be on the same terms and conditions as previously ordered in this matter. In addition to conditions previously imposed, defendant shall

---

[1] The Court granted, without prejudice, the government's motion to withdraw the allegation in the petition of November 21, 2006, relating to defendant's state court charges.

participate under the guidance and supervision of the U. S. Probation Office, in a substance abuse treatment program which may include testing, out-patient counseling and/or residential treatment.  Further, defendant shall abstain from the use of alcohol throughout the course of any treatment.

Execution of the sentence of imprisonment is suspended until ***Monday, March 5, 2007, no later than 12:00 noon***, at which time defendant shall report to the office of the United States Marshal in Little Rock. Defendant is eligible to self-report to the designated facility.

The defendant shall remain on the same conditions of release until the reporting date.

IT IS SO ORDERED this 12th day of January, 2007.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE